UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE ANTHONY ANDERSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY SHERIFF DEPARTMENT,<br><br>　　　　Respondent. | Case No. 5:24-cv-01861-JAK-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 11). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　IT IS THEREFORE ORDERED that (1) Judgment be entered dismissing the Petition without prejudice for lack of subject-matter jurisdiction; and (2) Petitioner may not file any more § 2254 petitions challenging his 2022 state-court convictions

in San Bernardino County Superior Court case number FWV21003849, because he is no longer "in custody" under those convictions.

DATED: November 6, 2024            _____
                                                              JOHN A. KRONSTADT
                                                              UNITED STATES DISTRICT JUDGE

2