JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE ANTHONY ANDERSON,<br><br>   Petitioner,<br><br>   v.<br><br>SAN BERNARDINO COUNTY SHERIFF DEPARTMENT,<br><br>   Respondent. | Case No. 5:24-cv-01861-JAK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice for lack of subject-matter jurisdiction.

DATED: November 6, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE